## WAIVER OF SERVICE OF SUMMONS

TO: __Qusair Mohamedbhai__
(Name of Plaintiffs Attorney or Unrepresented Plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of which is __Johnson v. Handley__ case number __22-cv-00009__ in the United States District Court for the District of Wyoming. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule12 is not served upon you within 60 days after __1/18/2022__

or within 90 days after that date if the request was sent (request date) outside the United States.

__1/18/2022__  __Mark Klaassen__ (signature)
Date                                                   Signature

Printed/Typed Name: __Mark Klaassen__

As (Title) __Attorney__   (Corporate Dft) __Christian Handley__