Mark A. Klaassen, Bar No. 6-4511
Deputy Attorney General
Timothy W. Miller, Bar No. 5-2704
Senior Assistant Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, Wyoming 82002
(307) 777-8935
(307) 777-8920 Facsimile
mark.klaassen@wyo.gov
tim.miller@wyo.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JAMIN JOHNSON, an individual, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CHRISTIAN HANDLEY, in his individual capacity, | ) Case No. 22-CV-009-SWS ) ) |
| Defendant. | ) ) |

### MOTION FOR ADMISSION OF COUNSEL TO APPEAR PRO HAC VICE

Mark A. Klassen, Deputy Attorney General, a duly licensed attorney in the State of Wyoming and member in good standing of the Bar of the State of Wyoming and the Bar of this Court, hereby respectfully moves this Court to allow the *pro hac vice* admission of Debra Hulett, Senior Assistant Attorney General, 109 State Capitol Avenue, Cheyenne, WY 82002, telephone (307) 777-7580, to appear and participate as counsel in this action for Defendant Christian Handley.

Undersigned counsel represents that to the best of his knowledge and belief, Debra Hulett is of good moral character and veracity. Additionally, undersigned counsel shall be fully prepared to represent Defendant Handley at any time, in any capacity in this matter.

Pursuant to Rule 84.2(b) of the U.S. District Court of Wyoming Local Rules, an Affidavit in support of this motion is attached hereto as Exhibit A.

WHEREFORE, undersigned counsel respectfully requests that this Court admit Debra Hulett *pro hac vice* in this matter for the reasons set forth above and in the attached Affidavit.

DATED this 15th day of April, 2022.

                                         */s/Mark A. Klaassen*
                                         Mark A. Klaassen, Bar No. 6-4511
                                         Deputy Attorney General
                                         Timothy W. Miller, Bar No. 5-2704
                                         Senior Assistant Attorney General
                                         Wyoming Attorney General's Office
                                         109 State Capitol
                                         Cheyenne, Wyoming 82002
                                         (307) 777-8935
                                         (307) 777-8920 Facsimile
                                         mark.klaassen@wyo.gov
                                         tim.miller@wyo.gov

                                         Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

  I do hereby certify that on this 15th day of April, 2022, a true and correct copy of the foregoing **Motion for Admission of Counsel to Appear *Pro Hac Vice*** was served as indicated below:

Qusair Mohamedbhai           [✓] CM/ECF
Felipe Bohnet-Gomez
Omeed Marco Azmoudeh
Rathod Mohamedbhai LLC
2701 Lawrence Street
Denver, CO 80205
qm@rmlawyers.com
fbg@rmlawyers.com
oa@rmlawyers.com

Attorneys for Plaintiff

                 */s/Sherry Griffin*
                 Sherry Griffin, Paralegal
                 Office of the Wyoming Attorney General