**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| JAMIN JOHNSON, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTIAN HANDLEY, in his individual | ) | Case No. 22-CV-009-SWS |
| capacity, | ) | |
| | ) | |
| Defendant. | ) | |

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

THIS MATTER having come before the Court on the Parties' Stipulated Motion to Dismiss, and the Court being fully advised in the premises;

IT IS ORDERED that this action is dismissed with prejudice. All parties shall bear their own attorneys' fees, costs, and expenses.

DATE this____ day of_____, 2023.

BY THE COURT:

_____

SCOTT W. SKAVDAHL
UNITED STATES DISTRICT JUDGE