U.S. DISTRICT COURT
DISTRICT OF WYOMING
FILED
2023 MAY 18 AM 10: 19
MARGARET BOTKINS, CLERK
CASPER

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| JAMIN JOHNSON, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTIAN HANDLEY, in his individual capacity, | ) | Case No. 22-CV-009-SWS |
| | ) | |
| Defendant. | ) | |

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER having come before the Court on the Parties' Stipulated Motion to Dismiss, and the Court being fully advised in the premises;

IT IS ORDERED that this action is dismissed with prejudice. All parties shall bear their own attorneys' fees, costs, and expenses.

DATE this 18th day of May, 2023.

BY THE COURT:

SCOTT W. SKAVDAHL
UNITED STATES DISTRICT JUDGE